IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| IN RE: | Rebecca L. Snow | § | Case Number: | 10-54444-GWZ-7 |
|---|---|---|---|---|
| | | § | | |
| | Debtor(s) | § | Chapter: | 7 |

**REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002 AND 9010**

PLEASE TAKE NOTICE THAT JP Morgan Chase Bank, National Association hereby gives notice as follows: Pursuant to Bankruptcy Rule 2002 and 9010, Ascension Capital Group, Inc. hereby requests that:

(i) all notices given or required to be given in the case; and
(ii) all pleadings and correspondence served or required to be served in this case,

regarding JP Morgan Chase Bank, National Association should be directed to Ascension Capital Group, Inc. at the following mailing address effective immediately:

Ascension Capital Group, Inc.
Attn: JP Morgan Chase Bank, National Association Department
Account: XXXXXXXXXXXX8861
PO Box 201347
Arlington, TX 76006

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9010 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

/s/ S. Blair Korschun
S. Blair Korschun
Bankruptcy Servicer for JP Morgan Chase Bank, National Association
Ascension Capital Group, Inc.
PO Box 201347
Arlington, TX 76006
(817) 277-2011, Fax (817) 461-8070
ecfnotices@ascensioncapitalgroup.com
File # 655038

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Request for Notice was forwarded to all parties of interest as listed below or attached hereto via First Class, U.S. Mail, postage prepaid (unless otherwise indicated) on this 8th day of January, 2011.

/s/ S. Blair Korschun
S. Blair Korschun

Trustee:
W. Donald Gieseke
Trustee of the U.S. Bankruptcy Court
18124 Wedge Pkwy Ste 518
Reno, NV 89511

US Trustee:
Nicholas Strozza
Trustee of the U.S. Bankruptcy Court
300 Booth St. Suite 2129
Reno, NV 89509

Company:
JP Morgan Chase Bank, National Association
1820 E Sky Harbor Circle S Floor 02
Phoenix, AZ 85034

Attorney for Debtor:
Kenneth V Ward
Law Offices of Kenneth V. Ward
P. O. Box 2500
Fernley, NV 89408